IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:07-cr-00011-MP-AK

CHRISTINA RENTERIA,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 113, Request to Allow Substitute Counsel to Attend Telephone Conference, filed by Defendant Christina Renteria. In the motion, Defendant states that her attorney has a scheduling conflict, and requests leave for substitute counsel to attend the telephone conference set for August 8, 2007. After considering the matter, the Court grants Defendant's request, and Ms. Kirstin J. Stinson shall represent Defendant Renteria at the telephone conference in the stead of Mr. Stan Cushman.

**DONE AND ORDERED** this   3rd   day of August, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge